UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00304-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTONIO MICHAEL ROBINO,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Release to Hospice.

Having considered defendant's motion and reviewed the pleadings, the court enters the following

Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Release to Hospice

(#31) is GRANTED, and defendant is immediately released from custody for transportation to

Hospice care.

The Clerk shall immediately send a copy of this Order to US Deputy Marshal Yates.

Signed: January 7, 2014

Max O. Cogburn Jr.
United States District Judge